# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 05-Misc.-21 CW | Date | April 4, 2005 |
|---|---|---|---|

| Title | In Re Application of Honda Canada, Inc. And DCH Motors, LTD. DBA Richmond Acura |
|---|---|

Present: The Honorable  CARLA M. WOEHRLE

| D. THOMAS | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**Proceedings:**  (IN CHAMBERS)


Defendant's Application for an Order Permitting Honda Canada, Inc. And DCH Motors, LTD. DBA Richmond Acura to take Discovery, scheduled for hearing on April 5, 2005 is hereby vacated and taken off calendar. The matter is deemed submitted and the Court shall prepare and issue a final order.

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD IN THIS ACTION ON THIS DATE.

DATE: 4/4/05

D. THOMAS
DEPUTY CLERK

cc: Parties of Record



DOCKETED ON CM
APR 5 2005
BY _____ 056

Initials of Preparer